UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-2 TASNEEM TAHIR,

    Defendant.

Case No. 17-cr-20069
Hon. Matthew F. Leitman

_____/

### SECOND AMENDMENT TO FINAL ORDER OF FORFEITURE

The Court having considered the Superseding Indictment (Dkt. No. 19), the Stipulated Preliminary Order of Forfeiture ("SPOF") (Dkt. No. 100), Amendment (Dkt. No. 108) and Second Amendment (Dkt. No. 114) to the SPOF, Defendant's conviction (Dkt. No. 135), Final Order of Forfeiture ("FOF") (Dkt. No. 143) and Amendment to FOF (Dkt. No. 158), Stipulated Orders in the ancillary hearings (Miscellaneous Case No. 18-mc-50727, Dkt. No. 5; Miscellaneous Case No. 18-mc-50711, Dkt. No. 3, Miscellaneous Case No. 20-mc-50277, Dkt. No. 4) and the facts set forth in the United States' application for a Second Amendment to the Final Order of Forfeiture hereby **ORDERS:**

    1.    The Final Order of Forfeiture (Dkt. # 143) and Amendment to Final Order of Forfeiture (Dkt. # 158) are further amended as follows:

2. Except as set forth in paragraph 4, all rights, title, and interest of all persons, and entities in the following property has been **FORFEITED** to, and title to the property has vested in, the United States, pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(e):

  a. Any and all interest in the real property located at 27205 Debiasi, Brownstown, Michigan ("Debiasi Property"), and being more fully described as: Lot Number: 30; subdivision: Bonks Bay Sub; City/Muni/Twnsp: Brownstown Twp; Tract 5916001026; Commonly known as: 27205 DEBIASI; Tax Item Number: 70-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-000.

3. The United States is authorized, through the United States Marshals Service or any duly authorized law enforcement official, to dispose of the Debiasi Property forfeited pursuant to this order according to law.

4. The ancillary petition, filed by Wayne County Treasurer in Case No. 20-mc-50277, as to real property located at 27205 Debiasi, Brownstown, Michigan, has been resolved, and the Court grants Petitioner Wayne County Treasurer's forfeiture claim as to its interest in delinquent and forfeited 2015-2017 property taxes, interest, penalties and fees in the amount of $23,384.20, including interest accruing up to the date of disposition and closing the ancillary proceeding. The Wayne County Treasurer shall be entitled to these funds upon disposition of the Debiasi Property by the United States.

5. No additional orders are required to allow the United States to dispose of the Debiasi Property.

6. The terms set forth in the Final Order of Forfeiture and Amendment to Final Order of Forfeiture will remain in full force and effect, except as expressly amended herein.

7. The Court shall retain jurisdiction to enforce this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 24, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 24, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764